IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCKENZIE ENERGY CORP., ET AL | § | CASE NO. 95-47219-H5-7 |
| | § | |
| Debtors | § | |
| | § | |
| W. STEVE SMITH, TRUSTEE | § | ADVERSARY NO. 99-3444 |
| | § | |
| VS. | § | |
| | § | |
| EUROGAS, INC., GLOBEGAS, BV and | § | |
| POL-TEX METHANE, SP. ZOO | § | |

## NOTICE OF DISMISSAL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now W. Steve Smith, Trustee ("Trustee") of the Estate of Harven Michael McKenzie, et al and Plaintiff herein, and files this Notice of Dismissal with the request that this Adversary Proceeding be closed. The causes asserted herein were addressed fully and resolved in other adversary proceedings and these estates are ready to be closed.

DATED: October 22, 2008.

Respectfully submitted,

MCFALL, BREITBEIL & SHULTS, P.C.

By: */s/ W. Steve Smith*
W. STEVE SMITH
State Bar No. 18700000
BLANCHE D. SMITH
State Bar No. 00783991
1331 Lamar, Suite 1250
Houston, Texas 77010
Telephone: (713) 590-9300
Facsimile: (713) 590-9399
ATTORNEYS FOR TRUSTEE

Z:\Cases\M\McKenzie\ADVERSARIES\Pleadings\99-3444\Notice of Dismissal.doc

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing has been served upon the U.S. Trustee's Office, by First Class U.S. Mail, postage prepaid and/or via facsimile or electronic notice pursuant to Amended Bankruptcy Local Rule 5005 on this the 22nd day of October 2008.

U.S. Trustee
515 Rusk, Suite 3516
Houston, Texas 77002

                */s/ W. Steve Smith*
                W. Steve Smith